UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| MATTHEW TRAVIS HOUSTON, | Case No.: 2:25-cv-01633-APG |
|---|---|
| Plaintiff | **Order Denying Application to Proceed and Closing Case** |
| v. | [ECF No. 1] |
| JEREMY BEAN, et al., | |
| Defendants | |

Plaintiff Matthew Houston is subject to a vexatious litigant pre-filing order issued by Judge Dorsey. *See Houston v. Encore Event Technologies, et al.*, 2:22-cv-01740-JAD-EJY, ECF No. 30. Under that order, before Houston can file a new action in this court "using any pages he has already filed in another case," he must satisfy three conditions:

> • Apply to the Chief Judge of this district for leave to file the document by submitting to the clerk's office an application bearing the title "Application to Chief District Judge Seeking Leave to File."
> • That application must be supported by a declaration from Houston, made under penalty of perjury, stating that: (1) the matters asserted in the new complaint or petition are different from those asserted in the actions he has previously filed in this district; (2) the new claim or claims are not frivolous or made in bad faith; (3) he has conducted a reasonable investigation of the facts and such investigation supports the claim or claims.
> • Houston must attach a copy of [Judge Dorsey's] order to any such application.

*Id.* at 8.

Houston has not met the requirements in this case. Although he submitted to the clerk's office an "Application to the Chief District Judge Seeking Leave to File," made a declaration, and attached Judge Dorsey's order to the application, *see* 2:25-cv-01633-APG, ECF No. 1 at 1-2, 49-58, Houston failed to include a complaint for me to review. Instead, Houston files over 100 pages of "exhibits" and possibly a 1-page partial filing of a complaint. *Id.* at 3-47, 59-129.

Without a complaint, I cannot determine whether Houston plans to litigate previously raised issues. The application is denied.

I THEREFORE ORDER that plaintiff Matthew Houston's Application to Chief District Judge Seeking Leave to File **(ECF No. 1) is DENIED**. No further documents may be filed in this case.

DATED: November 7, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE